IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXPRESS MOBILE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 18-1173 (RGA) ) |
| DREAMHOST, LLC, | ) ) |
| Defendant. | ) |

## DEFENDANT DREAMHOST, LLC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant DreamHost, LLC ("DreamHost") hereby moves to dismiss Plaintiff Express Mobile, Inc.'s First Amended Complaint (D.I. 10) for failure to state a claim upon which relief can be granted. The grounds for this Motion are fully set forth in DreamHost's Opening Brief submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs
Karen Jacobs (#2881)
Jeffrey J. Lyons (#6437)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@mnat.com
jlyons@mnat.com

OF COUNSEL:

Joel D. Voelzke
INTELLECTUAL PROPERTY LAW OFFICES
 OF JOEL VOELZKE, APC
24772 W. Saddle Peak Road
Malibu, CA 92065-3042
(310) 317-4466

*Attorneys for Defendant DreamHost, LLC*

December 17, 2018

# CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 17, 2018, upon the following in the manner indicated:

Timothy Devlin  *VIA ELECTRONIC MAIL*
Robert Kiddie
DEVLIN LAW FIRM LLC
1306 N. Broom Street, 1st Floor
Wilmington, DE  19806
 *Attorneys for Plaintiff*

                                                */s/ Karen Jacobs*
                                                Karen Jacobs (#2881)