# EXHIBIT A

EXPRESS MOBILE, Inc.

## Early successes for Express Mobile patent licensing campaign. PLANO, Texas, October 20, 2015 /PRNewswire/ --

Express Mobile Inc., a leading technology company specializing in enterprise mobility solutions for brand optimization, business operations and inspections, recently announced that its portfolio of patents is now available for licensing. The company has approached a small number of technology companies for an exclusive early opportunity to license the Express Mobile portfolio. Initial response has been positive with 8 companies already under contract to license the patent portfolio.

Founded in 2006 by Steven H. Rempell Express Mobile Inc. (XMO) is a leader in Web 2.0 and mobile technology. XMO holds a number of foundation patents that cover WYSIWYG website development methods and the integration of web services into web and mobile solutions. These patents are fundamental to modern solutions architecture and design, particularly for Web 2.0 applications such as mobile and desktop website generation with just-in-time updates and e-Commerce websites.

"We are very encouraged by the early positive response to our licensing efforts," says XMO Co-founder and CEO Steve Rempell. "Each company has recognized the tremendous value of utilizing Express Mobile technology which has resulted in more advanced and dynamic websites and mobile apps for their clients and their client's customers."

"These licensing agreements illustrate the compelling nature of our patents. Our patent portfolio also forms the foundation for our own tools and methods that in turn enable us to provide superior mobile/web/cloud solutions to our enterprise customers" says XMO Chief Operations Officer Michael R Gonzalez.

**About Express Mobile, Inc. (XMO)**

Express Mobile practices and licenses its foundation patents covering Web 2.0, Mobile and eCommerce solutions technology. Based on these patents, the company's platforms provide superior B2C, B2B and B2E enterprise solutions using a rapid and iterative development process. This ensures that solution objectives for functionality and effectiveness are met quickly and at low cost to its customers. The company was founded in 2006 and is based in Larkspur, CA. For more information or to contact the company: Contact Us.

## Express Mobile Files Patent Infringement Claims Against Alibaba PLANO, Texas, April 6, 2015 /PRNewswire/ --

Express Mobile Inc. ("XPRESSMO"), a developer of enterprise mobility solutions, announced the filing of a patent infringement lawsuit against the Alibaba Group ("Alibaba") in the United States District Court for the Eastern District of Texas, Marshall Division. XPRESSMO's complaint alleges infringement by Alibaba of US Patent 6,546,397, which relates to the development of platform independent websites. XPRESSMO is represented in this matter by the Devlin Law Firm, LLC (www.devlinlawfirm.com) and Brent Coon & Associates (www.bcoonlaw.com). Timothy Devlin's practice is focused on representing emerging businesses, individual entrepreneurs and operating entities in patent infringement litigation. He has been recognized as one of the premier patent litigators in the country by Chambers USA, Best Lawyers USA, the Legal 500, and other publications. Brent Coon is one of the premier business tort lawyers in the country. He is a recipient of the Steven Sharp "Trial Lawyer of the Year Award" from the AAJ and the Clarence Darrow Award, an ALM Top 100 Plaintiff Lawyers in the Country, a Fortune 500 "Top 100 Go To Attorneys" along with numerous other accolades. Document Security Systems, Inc. (NYSE MKT: DSS; "DSS") announced a sales and IP partnership with XPRESSMO in November, 2013, and became a minority investor in XPRESSMO in 2014. Copies of the complaint are available at www.pacer.gov/findcase.html. Read the Release at PR Newswire

About Express Mobile, Inc. Express Mobile creates and markets The Express Mobile App Publisher, App Server and Run-time Gateways software that enables the Enterprise to achieve mobility in their critical business and operational activities, essential today for competitiveness, growth and profitability. The Express Mobile platform allows non-programmers to create custom mobile applications for employees, partners and customers deployed across a full range of devices. Its patented technology features innovations for connecting users to data sources, work processes and web services. For more information please contact us.

About DSS (Document Security Systems, Inc. Document Security Systems, Inc.'s (NYSE MKT: DSS) products and solutions are used by governments, corporations and financial institutions to defeat fraud and to protect brands and digital information from the expanding world-wide counterfeiting problem. DSS technologies help ensure the authenticity of both digital and physical financial instruments, identification documents, sensitive publications, brand packaging and websites. For more information on DSS and its subsidiaries, please visit www.dsssecure.com Follow DSS on Facebook, click HERE.

**Document Security Systems and Express Mobile Enter Into Sales and IP Licensing Partnership** ROCHESTER, N.Y., Nov. 26, 2013 /PRNewswire/ --

Document Security Systems, Inc. (NYSE MKT: DSS; "DSS"), a leading developer and integrator of secure cloud computing and security printing technologies, and Express Mobile, Inc. ("Xpressmo"), a developer of enterprise mobility solutions, jointly announced a sales and IP licensing partnership.

The partnership grants DSS rights as the exclusive channel partner for Xpressmo's Mobile Enterprise Application Platform in the anti-counterfeit and fraud detection market, enabling DSS to integrate Xpressmo's technology into DSS's AuthentiSuite product line.  DSS will also receive a license to Xpressmo's pioneering patent portfolio, which relates to the development of custom applications and websites.   Xpressmo will receive a license to a portion of the DSS patent portfolio as well as advisory and financial support from DSS Technology Management, which will advise Xpressmo on patent licensing.

Steven H. Rempell, founder of Express Mobile, stated, "The synergy between the DSS executive team and ours, in terms of innovative business and monetization strategies, is remarkable. We believe that this partnership will be the key to catalyzing the growth of our Enterprise Mobility technology and bringing the company to the next level."

Jeffrey Ronaldi, CEO of DSS remarked, "XMO is a great example of the type of company we want to be involved with. There is a significant commercial application for their core technology in multiple industries backed up by pioneering IP.  We are delighted to be working with Steve and his team."
Analysis by *Seeking Alpha* contributor Jonathan Bluhm: On November 26th, DSS announced it had entered into a sales and IP licensing agreement with Express Mobile, a developer on enterprise mobility solutions. This gives DSS a great avenue into the world of mobile anti-fraud and counterfeit detection, and comes on the heels of its integrating of the AuthentiGuard suite into an iPhone application. Many businesses are currently using reader devices to scan product barcodes, RFIDs and packaging labels that can cost upwards of $1500/unit and require significant operator training. Should DSS be successful in integrating its AuthentiGuard software suite into a program that uses the simpler and cheaper iPhone to scan items, and marketing this capability properly to pharmaceutical and logistic companies, substantial new revenues would result. I believe the agreement with Express Mobile shows that DSS management is serious when it comes to expanding its business to include monetizing the ever-growing mobile market.          Read Full Analysis at Seeking Alpha

Property of Express Mobile, Inc