# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br>        Plaintiff, <br><br>   v. <br><br> DREAMHOST LLC, <br><br>        Defendant. | Civil Action No. 1:18-cv-1173-RGA <br><br> **JURY TRIAL DEMANDED** |
| EXPRESS MOBILE, INC. <br><br>        Plaintiff, <br><br>   v. <br><br> HOSTWAY SERVICES, INC. <br><br>        Defendant. | C.A. No. 18-1175-RGA <br><br> **JURY TRIAL DEMANDED** |
| EXPRESS MOBILE, INC. <br><br>        Plaintiff, <br><br>   v. <br><br> LIQUID WEB, LLC. <br><br>        Defendant. | C.A. No. 18-1177-RGA <br><br> **JURY TRIAL DEMANDED** |
| EXPRESS MOBILE, INC. <br><br>        Plaintiff, <br><br>   v. <br><br> NAMECHEAP INC. <br><br>        Defendant. | C.A. No. 18-1181 <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF STEVE REMPELL IN SUPPORT OF PLAINTIFF'S ANSWERING BRIEFS IN OPPOSITION OF DEFENDANT'S MOTION TO DISMISS**

I, Steve Rempell declare as follows:

1. I am the CEO of Express Mobile, Inc.

2. I make this declaration in support of Plaintiff's Answering Brief in Opposition of Defendant's Motion to Dismiss.

3. I am a named inventor on all of the patents held by Express Mobile, Inc. including U.S. Patent Nos. 6,546,397 (the "'397 patent") and 7,594,168 (the "'168 patent") (collectively the "Express Mobile patents").

4. Express Mobile was founded as an operating entity 2006.  It developed native application publishing platforms through 2011 and was starting to develop a browser-based publishing platform in late 2011.

5. Due to an automobile accident, I sustained a serious injury on November 29, 2011.  Since then Express Mobile has had limited business operations, but, has continued to explore opportunities to develop innovative technology solutions internally, with its directors, and with its licensees, to address current and future market needs.  However, Express Mobile does not currently sell products that practice its patents.

6. I have extensive experience in the development of technology and have spent 50 years innovating with various computer technology companies.

7. I am also a 35 year veteran of Silicon Valley and continue to develop web and mobile technology.

8. My curriculum vitae is attached as Exhibit 1 to this declaration.

9. In the late 1990s, after analyzing the many limitations and flaws of the then state-of-the-art solutions, I began developing the technology that was eventually granted in the '397 and '168 patents.

10. These inventions were implemented in software running on hardware. By early December 1999, more than 61,000 lines of code had been written and significant parts of the preferred embodiment were operational. Figures 23 and 37-63 are actual screen shots of various aspects of the invention during its operation.

11. This preferred environment included utilizing the Java virtual machine, and I further extended and accentuated the virtual machine in order to support a number of different elements of the invention.

12. I declare under penalty of perjury under the laws of the United States that to the best of my knowledge and recollection the foregoing is true and correct.

Executed this 25th day of January, 2019.

*/s/ Steve Rempell*

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic filing on January 25, 2019.

*/s/ Timothy Devlin*
Timothy Devlin
