# EXHIBIT 1

# Steven H. Rempell

38 Washington Street• Novato, CA, 94947• Phone: 415 899-9469
E-Mail: shr@xpressmo.com Web: xpressmo.com

## *SUMMARY*

For over 50 years I've been inventing software technologies that have been adopted by companies such as IBM and Canon.
Since 1984 I've been developing graphical professional publishing platforms first for the PC, then for all internet connected devices.

## *EXPERIENCE*

**Founder and CEO**: Express Mobile
Oct 2006 – Present
> Chief Architect and Inventor for the company's Cross-platform Mobile Publishing Platform.
> Overall executive responsibility for:
> 1: Funding and Operations
> 2: Business Development
> 3: Management
> 4: Product planning and product management.

**Founder and CEO:** Akira Technologies
Jan 1998 – Aug 2006
> Invented web and native application publishing platforms.

**Founder and CEO:** Beyond Words
1984 – 1993
> Invented the first Graphical Word Processing System. Licensed the technology to IBM (DisplayWrite 5 Composer), Canon (Canon Expression) and IMSAI (IMSAI Publisher)

**Founder and CEO:** MicroPro Japan
Feb 1982 – Mar 1984
Tokyo Japan
> Became 2nd largest Micro computer company in Japan in 1984. Joint Venture with MicroPro International

**Founder and CEO:** Asian Sales
Jun 1972 – Apr 1978
Tokyo Japan
> Pioneer in parallel importing in Japan.



**Marketing Operations Manager for Process Industries and Government:** IBM World Trade Asia Corporation
Mar 1970 – Aug 1972
Tokyo, Japan
> Responsible for marketing, product requirements and planning for 2 major industry sectors for IBM Asia, including Japan, South Korea, Malaysia, Singapore, Hong Kong, Thailand, Australia and New Zealand

**Large Account Marketing Manager: IBM CORPORATION**
Jun 1968 – Feb 1970
> Managed account team for Mobil Oil Corporation on a world wide basis.

**Advisory Systems Engineer:  IBM Corporation**
Jun 1964 – May 1968
> Co-developer of HASP (Houston Automatic Spooling Program). Installed first System 360 Model 75. Graduated SRI

# EDUCATION

**Systems Research Institute (IBM)**
1967

**Cornell University**
**Bachelor of Arts (B.A.): Mathematics**
**1960 – 1964**